**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

UNITED STATES OF AMERICA                                                                    PLAINTIFF

v.                                         NO. 4:10CR00306 JLH

DERRICK A. BURKLEY                                                                          DEFENDANT

## ORDER

Following defendant's initial appearance on the misdemeanor information charges on November 24, 2010, he was assigned a trial date of Monday, January 3, 2011.  The parties have been informed that the jury trial will be rescheduled to start at *9:15 a.m. on MONDAY, JANUARY 10, 2011*, in Courtroom #4-D, Richard Sheppard Arnold United States Courthouse, Little Rock, Arkansas. Counsel and defendant should be present by 8:30 a.m. for pretrial matters.

IT IS SO ORDERED this 21st day of December, 2010.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE